**Order entered October 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00316-CR

**MARK THOMAS, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 27514**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel Sharita Blacknall to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** appellate counsel to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **JANUARY 3, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Stephen R. Tittle, Jr., Presiding Judge, 196th Judicial District Court; Hunt County District Clerk; court reporters Becky Wheeler and Kelly Bryant; Sharita Blacknall; and the Hunt County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of the order, by first-class mail, to Mark Thomas, Jr., TDCJ No. 1839857, Gurney Unit, 1388 F.M. 3328, Palestine, Texas 75803.

/s/      DAVID EVANS
             JUSTICE